FILED

03/31/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0462

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0462

_____

ROBERT EDWARD WALDEN
and SYLVAN WALDEN,

      Plaintiffs and Appellees,

    vs.                                     O R D E R

YELLOWSTONE ELECTRIC CO.
and THOMAS C. NEWELL,

      Defendants and Appellants.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Katherine M. Bidegaray, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 31 2021